1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  ANDRIAS MARUKYAN, et al.,

11              Plaintiffs,

12       v.

13  JPMORGAN CHASE BANK, et al.,

14              Defendants.

CASE NO. C10-0478JLR

ORDER GRANTING MOTION
TO DISMISS

15          Before the court is Defendant JPMorgan Chase Bank's ("Chase") motion to

16  dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  (Dkt. # 3.)

17  For the reasons stated on the record, the court GRANTS the motion and dismisses

18  Plaintiffs' complaint without prejudice.

19

20

21

22

ORDER- 1

1    Dated this 30th day of August, 2010.

2

3

4    _____
     JAMES L. ROBART
5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER- 2